IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) | DOLAN PREJEAN | ) |
| | | ) |
| | Plaintiff, | ) |
| | | ) |
| vs. | | ) Case No.: 13-CV-111- JED-FHM |
| | | ) |
| (1) | CORRECTIONAL HEALTHCARE COMPANIES, INC.; | ) |
| (2) | CORRECTIONAL HEALTHCARE MANAGEMENT, INC.; | ) |
| (3) | CORRECTIONAL HEALTHCARE MANAGEMENT OF OKLAHOMA, INC.; | ) |
| (4) | DARRYL PAYTON, R.N.; and | ) |
| (5) | STANLEY GLANZ, SHERIFF OF TULSA COUNTY, in His Individual and Official Capacities, | ) |
| | | ) |
| | Defendants. | ) |

### DEFENDANT CORRECTIONAL HEALTHCARE COMPANIES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

---

CORRECTIONAL HEALTHCARE COMPANIES, INC. who is a Defendant in this action, makes the following disclosure:

1.  Is a party publicly held corporation or other publicly held entity?
    No.

2.  Does party have any parent corporations?
    Yes.

    CHC Companies, Inc.
    Delaware Corp. EIN 20-5114318

-2-

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?
No.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
No.

5. Is party a trade association?
No.

Dated this 5TH day of April, 2013.

Respectfully submitted,

/s Sean P. Snider
ALEXANDER C. VOSLER, OBA # 19589
SEAN P. SNIDER, OBA # 22307
JAMES M. WEBSTER, OBA # 22448
JOHNSON HANAN AND VOSLER
Chase Tower, Suite 2750
100 N. Broadway Avenue
Oklahoma City, OK 73012
Telephone: (405) 232-6100
Facsimile: (405) 232-6105
E-Mail: avosler@johnsonhanan.com
E-Mail: ssnider@johnsonhanan.com
E-Mail: jwebster@johnsonhanan.com
ATTORNEYS FOR DEFENDANT
CORRECTIONAL HEALTHCARE
COMPANIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Louis W. Bullock     lbullock@bullock-blakemore.com
Patricia W. Bullock     pbullock@bullock-blakemore.com
Robert M. Blakemore     bblakemore@blakemore.com
Meredith L. Baker     mbaker@tcso.org

                                 /s Sean P. Snider
                                 SEAN P. SNIDER