IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | DOLAN PREJEAN | ) | |
| | | ) | |
| | Plaintiff, | ) | |
| | | ) | |
| vs. | | ) | Case No.: 13-CV-111- JED-FHM |
| | | ) | |
| (1) | CORRECTIONAL HEALTHCARE COMPANIES, INC.; | ) ) | |
| (2) | CORRECTIONAL HEALTHCARE MANAGEMENT, INC.; | ) ) | |
| (3) | CORRECTIONAL HEALTHCARE MANAGEMENT OF OKLAHOMA, INC.; | ) ) | |
| (4) | DARRYL PAYTON, R.N.; and | ) | |
| (5) | STANLEY GLANZ, SHERIFF OF TULSA COUNTY, in His Individual and Official Capacities, | ) ) ) | |
| | | ) | |
| | Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT FOR CORRECTIONAL HEALTHCARE MANAGEMENT, INC.

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

There is no such corporation as CORRECTIONAL HEALTHCARE MANAGEMENT, INC.

Dated this 7TH day of May, 2013.

Respectfully submitted,

*/s Sean P. Snider*
ALEXANDER C. VOSLER, OBA # 19589
SEAN P. SNIDER, OBA # 22307
JAMES M. WEBSTER, OBA # 22448
JOHNSON HANAN AND VOSLER

Chase Tower, Suite 2750<br>
100 N. Broadway Avenue<br>
Oklahoma City, OK 73012<br>
Telephone; (405) 232-6100<br>
Facsimile: (405) 232-6105<br>
E-Mail: avosler@johnsonhanan.com<br>
E-Mail: ssnider@johnsonhanan.com<br>
E-Mail: jwebster@johnsonhanan.com<br>
ATTORNEYS FOR DEFENDANT<br>
CORRECTIONAL HEALTHCARE<br>
COMPANIES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Louis W. Bullock        lbullock@bullock-blakemore.com
Patricia W. Bullock     pbullock@bullock-blakemore.com
Robert M. Blakemore     bblakemore@blakemore.com
Meredith L. Baker       mbaker@tcso.org

*/s Sean P. Snider*_____
SEAN P. SNIDER