IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOLAN PREJEAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 13-CV-111-JED-FHM |
| CORRECTIONAL HEALTHCARE COMPANIES, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

**OPINION AND ORDER**

Plaintiff's Motion to Compel Discovery Responses from Defendants Correctional Healthcare Companies, Inc., Correctional Healthcare Management, Inc., and Correctional Healthcare Management of Oklahoma, Inc., [Dkt. #40], is before the court for decision. A Special Appearance of Correctional Healthcare Companies, Inc., Correctional Healthcare Management, Inc., and Correctional Healthcare Management of Oklahoma, Inc., and Objection and Response to Plaintiff's Motion to Compel, [Dkt. #42], has been filed and a hearing was held on April 22, 2014.

The arguments raised by these Defendants were previously considered and rejected by the Court in connection with Defendants' Motion to Stay Discovery. [Dkt. #43].

Plaintiff's Motion to Compel Discovery Responses from Defendants Correctional Healthcare Companies, Inc., Correctional Healthcare Management, Inc., and Correctional Healthcare Management of Oklahoma, Inc., [Dkt. #40], is GRANTED. Defendants Correctional Healthcare Companies, Inc., Correctional Healthcare Management, Inc., and Correctional Healthcare Management of Oklahoma, Inc., are hereby ordered to respond

to Plaintiff's discovery requests forthwith.

IT IS SO ORDERED this 22nd day of April, 2014.

*Frank H. McCarthy*

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE